CIVIL MINUTES
5/9/11 BENCH TRIAL (DAY ONE)
C2-07-126, TACKETT, ET AL. V. M & G POLYMERS USA, LLC., ET AL.

PLAINTIFFS COUNSEL: DAVID COOK, JENNIE ARNOLD & LAURA FISCHER
DEFENDANTS COUNSEL: PHIL MISCIMARRA, CHRISTOPHER WEALS, DEBORAH DAVIDSON & JOHN RICHARDS
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Opening statement by Plaintiffs.
Opening statement by Defendants.

Plaintiff calls Woodrow Pyles to the stand.
Mr. Pyles testified to Joint Exhibits 1, 4, 14, 36, 39,
Mr. Pyles testified to Plaintiffs exhibits 2, 4, 20, 26, 35, 36, 226, 268, 279, 297, 298
All of the exhibits above are admitted without objection.
Cross examination of Mr. Pyles by Mr. Weals.
Mr. Pyles testified to Plaintiff exhibits 286 (admitted without objection).
Redirect examination of Mr. Pyles by Ms. Arnold.

Plaintiff calls Hobert Freel Tackett to the stand.
Mr. Tackett testified to Plaintiffs Exhibits 2, 4, 20, 26, 188 (admitted without objection), 261 (admitted without objection), 279, 282 (admitted without objection), 297, 298
Mr. Tackett testified to Joint Exhibits 1, 4, 14, 36
Cross examination of Mr. Tackett by Mr. Richards.
Mr. Tackett testified to Plaintiffs exhibit 188
Redirect examination of Mr. Tackett by Ms. Arnold.

Plaintiff calls Ron Hoover to the stand.
Mr. Hoover testified to Plaintiffs exhibits 24, 26, 41,
Mr. Hoover testified to Joint exhibits 1, 14, 17, 42