**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Hobert Freel Tackett, et al.

vs  Case No. C2-07-126

M & G Polymers USA, LLC, **Judge Frost**
et al.  **Magistrate Judge King**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's August 5, 2011 Opinion and Order.

Date: **August 5, 2011**    James Bonini, Clerk

　　　　　　　　　　　　　　　　　　 s/ Scott Miller
　　　　　　　　　　　　　　　　　　By Scott Miller /Deputy Clerk