# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**HOBERT FREEL TACKETT, et al.,**

      **Plaintiffs,**             Case No. 2:07-cv-126
                                            **JUDGE GREGORY L. FROST**
      **v.**                          Magistrate Judge Norah McCann King

**M&G POLYMERS USA, LLC, et al.,**

      **Defendants.**

## ORDER

In light of Defendants' appeal, the Court **STAYS** this action. (ECF Nos. 180, 183.) The Clerk shall designate the action as **ADMINISTRATIVELY CLOSED** subject to reactivation upon notice by the parties that the appeal has concluded or that some other event necessitating reactivation of the case has occurred.

    **IT IS SO ORDERED.**

                                                          /s/ Gregory L. Frost
                                                          GREGORY L. FROST
                                                          UNITED STATES DISTRICT JUDGE