# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HOBERT FREEL TACKETT, *et al.*, | |
| Plaintiffs, | Case No. 2:07-cv-00126 |
| v. | Judge Michael H. Watson |
| M&G POLYMERS USA, LLC, *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## JOINT NOTICE OF FILING OF MANDATE IN *GALLO v. MOEN* AND REQUEST FOR STATUS CONFERENCE

On February 24, 2016, Judge Frost entered an order staying further proceedings in this case until the Sixth Circuit issued the mandate in *Gallo v. Moen, Inc.*, Nos. 14-3633 & 14-3918, 2016 WL 482196 (6th Cir. Feb. 8, 2016). (Dkt. 247.) In a subsequent order, this Court asked the parties to notify it when the mandate issued in *Gallo.* (Dkt. 251)

The Sixth Circuit issued the mandate in *Gallo* on November 3, 2016. The parties jointly request that the Court schedule a status conference to address the next steps in this proceeding.

Respectfully submitted,

/s/ Christopher A. Weals  
Christopher A. Weals  
Donald L. Havermann  
Morgan Lewis & Bockius LLP  
1111 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
(202) 739-3000  

/s/ David M. Cook  
David M. Cook  
Cook & Logothetis, LLC  
30 Garfield Place, Suite 540  
Cincinnati, Ohio 45202  
(513) 287-6980  

Julia Penny Clark  
Bredhoff & Kaiser PLLC  
805 15th Street, N.W.  
Washington, D.C. 20005  
(202) 842-2600  

DB1/ 89820926.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing document was filed on November 18, 2016 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Christopher A. Weals
Christopher A. Weals
