# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TACKETT, *et al.*, | |
| Plaintiffs, | Case No. 2:07-cv-00126 |
| v. | Judge Michael H. Watson |
| M&G POLYMERS USA, LLC, *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## MOTION TO VACATE MEDIATION

Defendants respectfully request that the mediation scheduled for September 26, 2017, before Magistrate Judge Vascura be vacated. M&G recently announced that it is experiencing difficult business issues involving, among other things, suppliers and vendors. Given the uncertain financial situation, the parties do not believe it would be productive to appear for the mediation on September 26. The parties will contact the court regarding the rescheduling of the mediation. Plaintiffs have consented to this request to vacate.

Dated: September 22, 2017

Respectfully submitted,

/s/ Joseph J. Costello
Joseph J. Costello (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5295
Facsimile: (215) 963-5001
E-mail: joseph.costello@morganlewis.com

R. Randall Tracht (0063713)
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3352
Facsimile: (412) 560-7001
E-mail: randall.tracht@morganlewis.com

Christopher A. Weals (admitted *pro hac vice*)
Donald L. Havermann (admitted *pro hac vice*)
Sean K. McMahan (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
E-mail: christopher.weals@morganlewis.com
 donald.havermann@morganlewis.com
 sean.mcmahan@morganlewis.com


Mark A. Knueve (0067074)
Thomas H. Fusonie (0074201)
Daniel J. Clark (0075125)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
 thfusonie@vorys.com
 djclark@vorys.com


*Trial Attorneys for Defendants M&G Polymers USA, LLC; The M&G Polymers USA, LLC Comprehensive Medical Benefits Program for Employees and Their Dependents; The M&G Catastrophic Medical Plan; The M&G Medical Necessity Benefits Program of Hospital, Surgical, Medical, and Prescription Drug Benefits for Employees and Their Dependents; and The M&G Major Medical Benefits Plan*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of Motion to Vacate Mediation was served upon the following counsel for Plaintiffs on the 22nd day of September, 2017, via the Court's CM/ECF system:

    David Cook, Esq.
    Clement Tsao, Esq.
    COOK & LOGOTHETIS, LLC
    22 W. Ninth St.
    Cincinnati, OH 45202
    E-mail: dcook@econjustice.com
          ctsao@econjustice.com

    Julia Penny Clark
    Jeremiah A. Collins
    BREDHOFF & KAISER, P.L.L.C
    805 15th Street, N.W., Suite 1000
    Washington, DC 20005
    E-mail:jpclark@bredhoff.com
          jcollins@bredhoff.com

*Trial Attorneys for Plaintiffs Tackett, Pyles, Conley, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, ALF-CIO-CLC*

          /s/ Joseph J. Costello
          Joseph J. Costello (admitted *pro hac vice*)

          *Attorney for Defendants M&G Polymers USA, LLC; The M&G Polymers USA, LLC Comprehensive Medical Benefits Program for Employees and Their Dependents; The M&G Catastrophic Medical Plan; The M&G Medical Necessity Benefits Program of Hospital, Surgical, Medical, and Prescription Drug Benefits for Employees and Their Dependents; and The M&G Major Medical Benefits Plan*