UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hobert Freel Tackett, *et al.*,

    Plaintiffs,

v.                                                        Case No. 2:07–cv–126

M&G Polymers USA, LLC,            Judge Michael H. Watson

    Defendant.

## ORDER

The parties' joint motion to stay the mediation, ECF No. 272, is **GRANTED**. The parties are **DIRECTED** to contact the court regarding the rescheduling of the mediation.

    **IT IS SO ORDERED.**

                                       /s/ Michael H. Watson_____
                                       **MICHAEL H. WATSON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**