UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hobert Freel Tackett, *et al.*,

    **Plaintiffs,**

    v.                                    Case No. 2:07-cv-126

**M&G Polymers USA, LLC,**             Judge Michael H. Watson

    **Defendant.**

## ORDER

Plaintiff moves to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).[1] For the reasons stated in the motion, the Court finds that the objectives of Rule 23(e) have been met, and, as the bankruptcy Court for the District of Delaware has approved a stipulation that settles the claims in this case, this Court **DISMISSES** this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Although the stipulation references Rule 41(a)(1)(A)(ii), that provision governs stipulations of dismissal signed by both parties. Such stipulations are self-executing and require no further action by the Court. The stipulation filed in this case was not signed by both parties, and as the case is a class action, Court approval is required per Rule 23. Accordingly, the Court treats the stipulation as a motion to dismiss.